# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TIMOTHEO RIVERA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-19 |
| | § | |
| TANYA LAWSON, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has received the Magistrate Judge's March 9, 2018, Memorandum and Recommendation ("M&R"), Dkt. No. 8. The time to file objections has passed, and no objections have been filed. FED. R. CIV. P. 72(b) (setting 14-day deadline to file objections); *see also* M&R, Dkt. No. 8 at 12 (notifying parties of the 14-day deadline).

After an independent review of the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 8. The Court **SUBSTITUTES** Dr. Lannette Linthicum/Ms. Pickthall in place of Defendant "Ms. Pickthall" and **RETAINS** Plaintiff's deliberate-indifference claim against Dr. Lannette Linthicum/Ms. Pickthall. The Court **DISMISSES** Plaintiff's remaining claims against all other Defendants for failure to state a claim and/or as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

SIGNED this 13th day of April, 2018.

_____
Hilda Tagle
Senior United States District Judge