IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TIMOTHEO RIVERA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-19 |
| | § | |
| TANYA LAWSON, *et al*, | § | |
| | § | |
| Defendants. | § | |

# **ORDER**

The Court has received Dr. Linthicum's Rule 12(c) motion, Dkt. No. 18, and the magistrate judge's May 3, 2018, Memorandum and Recommendation ("M&R"), Dkt. No. 26, to which no objections have been filed. Upon review, the Court **ADOPTS** the M&R, Dkt. No. 26, and **DENIES AS MOOT** Dr. Linthicum's Rule 12(c) motion, Dkt. No. 18.

SIGNED this 4th day of September, 2018.

_____
Hilda Tagle
Senior United States District Judge