IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TIMOTHEO RIVERA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-19 |
| | § | |
| TANYA LAWSON, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of Defendant Monica D. Pickthall's ("Pickthall") Motion for Summary Judgment, Dkt. No. 44; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 46; and Plaintiff's Objections to the M&R, Dkt. No. 47.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 46. Accordingly, the Court **GRANTS** Defendant Pickthall's Motion for Summary Judgment, Dkt. No. 44, and **DISMISSES** Plaintiff's claims.

Final judgment will be entered separately.

SIGNED this 23rd day of September, 2019.

_____
Hilda Tagle
Senior United States District Judge